AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Georgia

| | |
|---|---|
| Yoko Harper, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-4196 |
| Ford Motor Company, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
      Ford Motor Company,
      One American Road
      Dearborn, Michigan 48126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Sergei Lemberg, Esq.
      Lemberg Law, LLC.
      43 Danbury Road
      Wilton, Connecticut 06897

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 09/17/2019

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:19-cv-4196

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CT CORPORATION SYSTEM, REGISTERED AGENT FOR FORD MOTOR COMPANY was received by me on *(date)* Sep 25, 2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ross Depina, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, REGISTERED AGENT FOR FORD MOTOR COMPANY on *(date)* Wed, Sep 25 2019 @ 12:36 p.m. ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: September 25, 2019

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 25, 2019, 12:36 pm EDT at 155 FEDERAL ST STE 700, BOSTON, MA 02110 received by Ross Depina, Process Specialist .

**Documents Served:** ISSUED SUMMONS; COMPLAINT WITH EXHIBITS A AND B; CIVIL COVER SHEET; COIP; AND STANDING ORDER.